Judgment of Appellate Division and that of Trial Term reversed and complaint dismissed, with costs in all courts, on the ground that according to the uncontradicted evidence the note in suit was executed without consideration.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

NEW YORK YELLOW CAB COMPANY SALES AGENCY, INC., Appellant, v. WEST MANHATTAN GARAGE CORPORATION, Respondent.

*Liens — garage keeper's lien for storage, gasoline and oil superior to chattel mortgage for portion of purchase price of automobile.*

*N. Y. Yellow Cab Co. Sales Agency, Inc.,* v. *West Manhattan Garage Corp.,* 219 App. Div. 772, affirmed.

(Argued June 2, 1927; decided June 21, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 10, 1927, unanimously affirming a judgment in favor of defendant entered upon a verdict directed by the court. The action was in replevin to recover automobiles sold to third parties who gave chattel mortgages for the balance of the purchase price, it being alleged that default had been made in payments due. The defense was by the owner of the garage in which the cars were stored. It claimed a lien under section 184 of the Lien Law for storage of the cars and for gasoline and oil furnished, superior to that of plaintiff.

*H. H. Nordlinger, Samuel H. Hofstadter* and *Harold Riegelman* for appellant.

*Leo M. Wieder* and *Samuel Wolbarst* for respondent.

Judgment affirmed, with costs. Held, that under section 184 of the Lien Law, the lien of the defendant is superior to the plaintiff's mortgages.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.